JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIAM HONAN,<br><br>        Petitioner,<br>  vs.<br><br>PROBATION DEPARTMENT<br>OF ORANGE COUNTY,<br><br>        Respondent. | Case No. SACV 10-1774-JST (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: April 17, 2012

                                          JOSEPHINE STATON TUCKER<br>                                          UNITED STATES DISTRICT JUDGE